UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DANZEL STEARNS, et al.,

    Plaintiffs,

vs.

INMATE SERVICES CORPORATION, et al.,

    Defendants.

Case No. 3:16-cv-00339-BRW-JJV

**MARK E. MERIN'S PETITION FOR ADMISSION *PRO HAC VICE*; DECLARATION OF MARK E. MERIN IN SUPPORT**

## PETITION

Pursuant to E.D. Ark. L.R. 83.5, Plaintiff, by and through undersigned counsel, hereby petitions the Court for *pro hac vice* admission of Mark E. Merin for the limited purpose of litigating the above-captioned matter.

## DECLARATION OF MARK E. MERIN

I, Mark E. Merin, do declare and say:

1. My firm represents Plaintiff Danzel Stearns herein.

2. My firm initially filed this action in the United States District Court for the Eastern District of California, Case No. 2:16-cv-02707-KJM-CKD. On December 2, 2016, the Eastern District of California transferred the case to the Eastern District of Arkansas.

3. Pursuant to E.D. Ark. L.R. 83.5(d), I submit the following:

    a) I am an attorney licensed to practice in the State of California and a member in good standing of the Bar. I am admitted to practice before the United States District Courts for the Eastern District of California, Northern District of California, and Central District of California.

    b) My firm has associated with local counsel, Paul J. James, for the purpose of litigating this matter. Local counsel is a member of the Bar of the State of Arkansas who maintains an office in Arkansas for the practice of law and with whom the Court and opposing counsel may readily communicate regarding the conduct of this case. Local counsel is designated as follows:

1

**MARK E. MERIN'S PETITION FOR ADMISSION PRO HAC VICE & DECLARATION OF MARK E. MERIN IN SUPPORT**
*Stearns v. Inmate Services Corporation*; United States District Court, Eastern District of Arkansas, Case No. 3:16-cv-00339-BRW-JJV

Paul J. James
James, Carter & Priebe, LLP
500 Broadway, Suite 400
Little Rock, Arkansas 72201
Telephone: (866) 716-3242
Facsimile: (501) 372-1659
E-Mail: pjj@jamescarterlaw.com

WHEREFORE, Plaintiff respectfully requests that his motion for *pro hac vice* admission be granted and that Mr. Merin be admitted for purposes of this case.

Respectfully submitted,

DANZEL STEARNS, Plaintiff

_____
Mark E. Merin
Mark E. Merin (California State Bar No. 043849)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:   (916) 447-8336
E-Mail:   mark@markmerin.com

Paul J. James (Ark Bar No. 83091)
JAMES, CARTER & PRIEBE, LLP
500 Broadway, Suite 400
Little Rock, Arkansas 72201
Telephone:   (866) 716-3242
Facsimile:   (501) 372-1659
E-Mail:   pjj@jamescarterlaw.com

2

**MARK E. MERIN'S PETITION FOR ADMISSION PRO HAC VICE & DECLARATION OF MARK E. MERIN IN SUPPORT**
*Stearns v. Inmate Services Corporation*; United States District Court, Eastern District of Arkansas, Case No. 3:16-cv-00339-BRW-JJV