IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DANZEL STEARNS, on Behalf**                                               **PLAINTIFF**
**of Himself and All Similarly**
**Situated Persons**

v.                               **3:16CV00339-BRW-JJV**

**INMATE SERVICES**
**CORPORATION;** *et al.*                                                         **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Partial Recommended Disposition in their entirety.

Accordingly, Defendant's Motion for Summary Judgment for Failure to Exhaust Administrative Remedies Under the PLRA (Doc. No. 18) is DENIED.

IT IS SO ORDERED this 4th day of August, 2017.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE