IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DANZEL STEARNS**                                                             **PLAINTIFF**

**VS.**                                       **3:16CV00339-BRW**

**INMATE SERVIES CORPORATION;**
**and DOES 1 to 100**                                                   **DEFENDANTS**

### JUDGMENT

Based on the Order entered on November 28, 2018, this case is DISMISSED.

IT IS SO ORDERED, this 4th day of December, 2018.


                                                   /s/ Billy Roy Wilson_____
                                                   UNITED STATES DISTRICT JUDGE