**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**DANZEL L. STEARNS**                                                                        **PLAINTIFF**

**vs.**                                         **3:16-CV-00339-BRW-JJV**

**INMATE SERVICES CORPORATION;
RANDY L. CAGLE, JR.;
CHRISTOPHER L. WEISS; and
RYAN B. MOORE**                                                                        **DEFENDANTS**

**SCOTTSDALE INSURANCE COMPANY
NATIONAL CONTINENTAL INSURANCE COMPANY**                      **INTERVENORS**

<u>**ORDER**</u>

I have reviewed the Partial Recommended Disposition (Doc. No. 194) submitted by

United States Magistrate Judge Joe J. Volpe.   No objections have been filed, and the time to do

so has passed.   After careful review, I approve and adopt the Partial Recommended Disposition

in all respects.

Accordingly, Defendants' Motion for Judgment on the Pleadings or in the Alternative for

Summary Judgment (Doc. 180) is GRANTED.   Defendants Cagle, Weiss, and Moore are

DISMISSED with prejudice from this lawsuit.

 IT IS SO ORDERED this 29th day of June, 2021.


<u>Billy Roy Wilson</u>_____
UNITED STATES DISTRICT JUDGE