IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DANZEL L. STEARNS                                                                       PLAINTIFF

vs.                                     3:16-CV-00339-BRW-JJV

INMATE SERVICES CORPORATION                                                 DEFENDANT

SCOTTSDALE INSURANCE COMPANY; and
NATIONAL CONTINENTAL INSURANCE COMPANY                        INTERVENORS

**ORDER**

Plaintiff Danzel L. Sterns does not object to Defendant Inmate Services Corporation's Motion for Partial Summary Judgment.[1]  Accordingly, the Motion (Doc. No. 206) is GRANTED, and Plaintiff's claims under the Bane Civil Rights Act, Cal. Civ. Code § 52.1, are DISMISSED.

The parties should "meet and confer" telephonically or via email to avoid filing unnecessary motions.

IT IS SO ORDERED this 3rd day of August 2021.

                                                                    Billy Roy Wilson
                                                         UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 209.